# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————

No. 17-20264
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 20, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RUBEN TOVAR BALLEZA, also known as Rosando Tobar Balleza, also known as Rosendo Tovar-Ballesa, also known as Rosendo Balleza Tovar, also known as Rosendo Tovar Balleza, also known as Rosendo Tovar-Balleza, also known as Rosando T. Balleza, also known as Rosendo Tovar, also known as Ruben Tovar-Balleza, also known as Rosendo Billesma Tovar, also known as Tosando Tobar Balleza, also known as Pedro Lezama, also known as Rosendo Towar, also known as Ruben Balleza, also known as Rosando Tobar,

Defendant-Appellant

————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:14-CR-427-1

————

Before JONES, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Ruben Tovar Balleza has moved for leave to withdraw and has filed a brief in accordance

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-20264

with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Tovar Balleza has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.